| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Sunita N. Sood**<br>**2107 North Broadway Suite 306**<br>**Santa Ana, CA 92706-2634**<br>**714-480-1600 Fax: 714-480-1610**<br>California State Bar Number: **152066**<br><br>*Attorney for Debtor* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>   **John Joseph Boatman**<br><br>                                                                Debtor. | |

| | | |
|---|---|---|
| vs. | Plaintiff(s), | CHAPTER __13__ |
| | | CASE NUMBER **8:09-bk-16439-ES** |
| | | ☐ ADVERSARY NUMBER (If Applicable) |
| | Defendant(s). | |

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*: John Joseph Boatman

2. The name, address and telephone number of the New Attorney are *(specify)*: John Joseph Boatman

3. New Attorney hereby appears in the following matters:    ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*:

Dated: **December 30, 2009**

**John Joseph Boatman**
*Type Name of Party*                                                                *Signature of Party*

I consent to the above substitution.

Dated: **December 30, 2009**

**Sunita N. Sood**
*Type Name of Present Attorney*                                         *Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: **December 30, 2009**

**John Joseph Boatman**
*Type Name of New Attorney*                                            *Signature of New Attorney*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                     F 2090-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

Substitution of Attorney - *Page 2*

**F 2090-1.4**

| In re | | |
|---|---|---|
| John Joseph Boatman | | CHAPTER __13__ |
| | Debtor. | CASE NUMBER **8:09-bk-16439-ES** |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2090-1(f)(5) regarding the requirements and procedures for making an application to employ an attorney.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 2090-1.4**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Substitution of Attorney - *Page 2*

F 2090-1.4

| In re                      | CHAPTER  13                      |
|                            |                                  |
| John Joseph Boatman        | CASE NUMBER 8:09-bk-16439-ES     |
|                   Debtor.  |                                  |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2107 N Broadway Ste 306 Santa Ana CA 92706

A true and correct copy of the foregoing document described as **Substitution of Attorney** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **1/6/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 6, 2010 | Maria Toscano |               |
|-----------------|---------------|---------------|
| Date            | Type Name     | Signature     |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

John Joseph Boatman
630 Coastline Dr
Seal Beach, CA 90740

Amrane Cohen
Chapter 13 Trustee
770 The City Dr South #3300
Orange, CA 92868

Beneficial/HFC
PO Box 3425
Buffalo, NY 14240-9733

Countrywide/Bank of America
PO Box 5170
Simi Valley, CA 93062-5170

Honorable Erithe Smith
United States Bankruptcy Judge
United States Bankruptcy Court
411 W 4th St Suite #5041
Santa Ana, CA 92701-4593

IRS SA13
Mailstop 5503
24000 Avila Rd M/S 5503
Laguna Niguel, CA 92677

Law Offices of Gilbert Marlowe
950 W 17th St #D
Santa Ana, CA 92706

Office of the U S Trustee
411 W Fourth Street #9041
Santa Ana, CA 92701-4593

Patricia Hickok
700 Catalina Ave
Seal Beach, CA 90740

Richard Greeberg
316 Mid Valley Ctr #176
Carmel, CA 93923

Walter & Jeanne Tamulinas
17211 Blue Spruce
Yorba Linda, CA 92886