1 | Amrane Cohen, Chapter 13 Trustee
2 | 770 The City Drive South, Suite 3300
    Orange, CA 92868
    Phone (714) 621-0200
3 | Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

JOHN JOSEPH BOATMAN        ) Chapter 13
                           )
                           ) Case No.: 8:09-bk-16439-ES
                           )
                           ) **NOTICE OF UNCLAIMED DIVIDEND**
                           ) (Bankruptcy Rule 3011)
                           )
                           )
                           )
                           )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300780** in the sum of **$5.08** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

ORANGE COUNTY TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0916439 | JOHN JOSEPH BOATMAN ACCT: 199-185-08.00 | Claim: 00008 | XXX-XX-3885 | 5.08 | 5.08 | 0.00 |
| | | TOTALS | | 5.08 | 5.08 | 0.00 |

JOHN JOSEPH BOATMAN

BALANCE:       5,365.96     [0.00 23/00008]
SSN: XXX-XX-3885     SSN:
ACCT: 199-185-08.00                  CASE: 0916439
PRINCIPAL:        0.00     INTEREST:        5.08

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**          SUNTRUST          64-79          0300780
**CHAPTER 13 TRUSTEE**    800-786-8787      611
CHAPTER 13 TRUSTEE                                         Jul 23, 2010
PO BOX 809
ORANGE, CA  92856                                          VOID 90 DAYS FROM DATE

*********$5.08

**PAY**   Five And 08 / 100 Dollars

**TO THE**     *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
**ORDER OF**   255 E. TEMPLE STREET
               LOS ANGELES, CA  90012