Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

FILED AUG - 9 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

## United States Bankruptcy Court
## Central District of California

|  |  |
|---|---|
| JOHN JOSEPH BOATMAN | ) Chapter 13 ) ) Case No.: 8:09-bk-16439-ES ) ) **NOTICE OF UNCLAIMED DIVIDEND** ) (Bankruptcy Rule 3011) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300781** in the sum of **$60.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

RICHARD A MARSHACK FOR THE ESTATE
OF PATRICIA MARIA HICKOK C/O PAGTER
MILLER 525 N CABRILLO PARK DR #104
SANTA ANA, CA 92692

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0916439 | JOHN JOSEPH BOATMAN | | XXX-XX-3885 | 60.00 | 0.00 | 60.00 |
| | ACCT: | Claim: 00001 | | | | |
| | | TOTALS | | 60.00 | 0.00 | 60.00 |

JOHN JOSEPH BOATMAN

BALANCE: 119,850.00  [0.00 27/00001]
SSN: XXX-XX-3885    SSN:
ACCT:                         CASE: 0916439
PRINCIPAL:  60.00   INTEREST:   0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300781

Jul 23, 2010

VOID 90 DAYS FROM DATE

********$60.00

**PAY**  Sixty And 00 / 100 Dollars

**TO THE ORDER OF**  *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA 90012