Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| JOHN JOSEPH BOATMAN | ) Chapter 13<br>)<br>) Case No.: 8:09-bk-16439-ES<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) (Bankruptcy Rule 3011)<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300779** in the sum of **$462.29** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

ORANGE COUNTY TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 60191

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0916439 | JOHN JOSEPH BOATMAN<br>ACCT: 199-185-08.00 | XXX-XX-3885<br>Claim: 00008 | 462.29 | 462.29 | 0.00 |
| | | TOTALS | 462.29 | 462.29 | 0.00 |

JOHN JOSEPH BOATMAN

BALANCE:      4,867.48    [0.00 23/00008]
SSN: XXX-XX-3885    SSN:
ACCT: 199-185-08.00              CASE: 0916439
PRINCIPAL:         0.00    INTEREST:       462.29

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300779

Jul 23, 2010

VOID 90 DAYS FROM DATE

*******$462.29

**PAY**    Four Hundred Sixty Two And 29 / 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑆0300779⑆ ⑈064100790⑈ 000000575186 2⑉