Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| JOHN JOSEPH BOATMAN | ) Chapter 13 <br> ) <br> ) Case No.: 8:09-bk-16439-ES <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301129** in the sum of **$30.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    RICHARD A MARSHACK FOR THE ESTATE
    OF PATRICIA MARIA HICKOK C/O PAGTER
    MILLER 525 N CABRILLO PARK DR #104
    SANTA ANA, CA 92649

Date: September 10, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0916439 | JOHN JOSEPH BOATMAN ACCT: | Claim: 00001 | XXX-XX-3885 | 30.00 | 0.00 | 30.00 |
| | | TOTALS | | 30.00 | 0.00 | 30.00 |

JOHN JOSEPH BOATMAN

BALANCE:     119,880.00     [0.00  27/00001]
SSN: XXX-XX-3885     SSN:
ACCT:                        CASE: 0916439
PRINCIPAL:     30.00     INTEREST:     0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301129

Aug 22, 2011

VOID 90 DAYS FROM DATE

********$30.00

PAY   Thirty And 00 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0301129⑆ ⑈061100790⑈ 000000575186 2⑈